UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ELBERT S. HARRIS
                                        PRISONER
    v.                            CIVIL 3:03cv642 (JCH)

JOHN ARMSTRONG
BRIAN MURPHY
MR. FRANKS

## J U D G M E N T

This cause came on for consideration of the _pro se_ amended complaint before the Honorable Janet C. Hall, United States District Judge.

The Court has considered the amended complaint and all the papers submitted in connection with the amended complaint. On December 18, 2003, the Court filed its Ruling and Order dismissing the Seventh Amendment claims and dismissing without prejudice the Eighth and Fourteenth Amendment claims for failure to exhaust administrative remedies.

It is therefore **ORDERED** and **ADJUDGED** that the Seventh Amendment claims be dismissed and the Eighth and Fourteenth Amendment claims be dismissed without prejudice and the matter closed, in accordance with the Court's order.

Dated at Bridgeport, Connecticut this 19th of December, 2003.

                                        KEVIN F. ROWE, Clerk

                                        By /s/ Cynthia Earle
                                              Cynthia Earle
                                              Deputy Clerk

Entry on Docket _____